UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ALICIA NICOLE CARGILL,<br><br>    Plaintiff,<br><br>v.<br><br>MONROE COUNTY JAIL, et al.,<br><br>    Defendants. | Case No. 24-11659<br><br>Honorable Robert J. White |

## JUDGMENT

The Court has dismissed the complaint with prejudice.

Accordingly,

   IT IS ORDERED AND ADJUDGED that judgment be and is hereby granted for defendants and against plaintiff. Costs to be permitted in accordance with law.

                                  KINIKIA ESSIX
                                  CLERK OF THE COURT

                                  By: _s/Tara Villereal_____
                                  Deputy Clerk

Dated:     10/3/2024

Approved:  s/Robert J. White_____
           Robert J. White
           United States District Judge